

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7211
Washington, DC 20530
202-514-3518

VIA CM/ECF

October 11, 2024

Mr. Lyle W. Cayce
U.S. Court of Appeals for the
   Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

        RE:   *Assoc. General Contractors of America v. United States Dept. of Labor*
               No. 24-10709 (5th Cir.)

Dear Mr. Cayce:

     Pursuant to Federal Rule of Appellate Procedure 26 and Local Rule 31.4.3.1, the government respectfully requests a Level 1, 30-day extension of time, to and including November 27, 2024, within which to file its opening brief in this case. The government's brief is currently due on October 28, 2024. The government has not previously sought an extension of time in this appeal. Plaintiffs-appellees state that they do not oppose this motion.

     The requested extension is necessary because of other litigation deadlines faced by government counsel. Benjamin M. Shultz, the attorney with primary responsibility for drafting the government's brief in this appeal, is also responsible for other appellate matters with recent and impending deadlines. In particular, Mr. Shultz had responsibility for preparing an amicus brief invited by the court in *Doe v. Deposit Guarantee Fund*, No. 23-1158 (2d Cir.) (invited amicus brief filed October 7, 2024). Mr. Shultz also has responsibility for preparing the government's brief in *Basengezi v. Smith*, No. 24-5130 (D.C. Cir.) (brief due Nov. 4, 2024, as extended), an international sanctions case where preparing the government's brief poses particular logistical challenges due to the presence of sensitive classified and ex parte materials in the administrative record.

The extension is also requested in this case due to the sizable number of issues discussed in the district court's opinion, where the district court invalidated three different regulatory provisions, all of which were part of a larger rulemaking, on multiple different grounds.

Thank you, and please feel free to contact me with any questions.

Sincerely,

s/ *Benjamin M. Shultz*

Benjamin M. Shultz
Attorney

cc: Fernando Bustos (via ECF)
Christopher Murray (via ECF)