IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ASSOCIATED GENERAL CONTRACTORS OF
AMERICA; ASSOCIATED GENERAL CONTRACTORS
OF TEXAS; LUBBOCK CHAMBER OF COMMERCE; J.
LEE MILLIGAN, INCORPORATED,

    Plaintiffs-Appellees,

v.

UNITED STATES DEPARTMENT OF LABOR; LORI
CHAVEZ-DEREMER, Secretary of Labor,

    Defendants-Appellants.

No. 24-10790

## JOINT MOTION FOR A 60-DAY ABEYANCE

In this case, the Department of Labor (DOL) has appealed from a preliminary injunction against certain agency regulations. DOL's brief was filed in November 2024, and the Appellees' response brief was due on February 21, 2025. On February 17, 2025, upon the parties' motion, the Court granted a 90 day stay (Doc. 47-2). For the reasons set out below, the parties jointly request that this Court place this matter in abeyance for another 60 days.

1.    This case involves DOL regulations that implement the Davis Bacon Act and Related Acts. The district court issued a preliminary injunction in June 2024 against three challenged DOL regulations, and the agency appealed that injunction with respect to two of the preliminarily enjoined regulations.

2.    The parties respectfully request that the Court keep this case in abeyance for another 60 days. There is good cause for this request. The parties are discussing potential settlement of this

matter, and DOL continues to reconsider its position regarding the regulations and its position in this litigation. The additional time will allow these efforts to continue and may obviate the need for additional litigation—thereby furthering judicial economy.

Respectfully submitted,

*/s/ Benjamin M. Shultz*
BENJAMIN M. SHULTZ
(202) 514-3518
Attorney
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 7211
Washington, D.C. 20530
Benjamin.Shultz@usdoj.gov
*Counsel for Appellants*

Aram A. Gavoor
DC Bar No. 1023440
GAVOOR PLLC
1077 30th Street, NW Suite 502
Washington, DC 2007
202-627-0281
aramgavoor@gavoorpllc.com

ADMISSION PRO HAC VICE

*/s/Christopher C. Murray* (with permission)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C. 300 N.
Meridian St., Ste. 2700 Indianapolis,
Indiana 46204 Telephone: (317) 916-1300 Facsimile: (317) 916-9076
christopher.murray@ogletree.com

Fernando M. Bustos
BUSTOS LAW FIRM, P.C.
5504 114th Street
Lubbock, Texas 79424

Telephone: (806) 780-3976
Facsimile: (806) 780-3800
fbustos@bustoslawfirm.com

*Counsel for Appellees*

**MAY 19, 2025**

**TYPE-VOLUME CERTIFICATE**

I hereby certify that this motion complies with the type-volume requirements because it was prepared in Times New Roman, a proportionally-spaced font, and contains 196 words according to the count of Microsoft Word.

                                                 */s/ Benjamin M. Shultz*
                                                 Benjamin M. Shultz

**CERTIFICATE OF SERVICE**

      I certify that on May 19, 2025, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

                                              */s/ Benjamin M. Shultz*
                                              Benjamin M. Shultz