IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ASSOCIATED GENERAL CONTRACTORS OF
AMERICA; ASSOCIATED GENERAL CONTRACTORS
OF TEXAS; LUBBOCK CHAMBER OF COMMERCE; J.
LEE MILLIGAN, INCORPORATED,

      Plaintiffs-Appellees,

v.

UNITED STATES DEPARTMENT OF LABOR; LORI
CHAVEZ-DEREMER, Secretary of Labor,

      Defendants-Appellants.

No. 24-10790

**UNOPPOSED MOTION FOR A 60-DAY ABEYANCE**

In this case, the Department of Labor (DOL) has appealed from a preliminary injunction against certain agency regulations. DOL's brief was filed in November 2024, and the Appellees' response brief was due on February 21, 2025. On February 17, 2025, upon the parties' motion, the Court granted a 90-day stay (Doc. 47-2). The Court granted an additional 60-day stay on May 30, 2025 (Doc. 62), and a further 60-day stay on August 12, 2025 (Doc. 75). For the reasons set forth below, the government respectfully requests that this Court place the matter in abeyance for an additional 60 days. This motion is unopposed.

1.     This case involves DOL regulations that implement the Davis Bacon Act and Related Acts. The district court issued a preliminary injunction in June 2024 against three challenged DOL regulations, and the agency appealed that injunction with respect to two of the preliminarily enjoined regulations.

2.       The parties respectfully request that the Court keep this case in abeyance for another 60 days. There is good cause for this request. DOL has informed us that, before the lapse in appropriations, it was continuing to actively evaluate each of the specifically challenged provisions in order to determine whether to propose rulemaking and seek comments on whether they should be withdrawn, revised, or retained in some form. In addition, DOL has informed us that its leadership has received briefings on these issues and various options for addressing them in recent weeks and is continuing to actively consider next steps. The lapse in appropriations has affected DOL and may delay these ongoing efforts. Extending the abeyance would provide additional time for those efforts to continue and may obviate the need for additional litigation—thereby furthering judicial economy.

Respectfully submitted,

*/s/ Steven H. Hazel*
STEVEN H. HAZEL
(202) 514-2498
Attorney
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 7217
Washington, D.C. 20530
Steven.H.Hazel@usdoj.gov
*Counsel for Appellants*

**October 10, 2025**

**TYPE-VOLUME CERTIFICATE**

I hereby certify that this motion complies with the type-volume requirements because it was prepared in Times New Roman, a proportionally-spaced font, and contains 292 words according to the count of Microsoft Word.

/s/ Steven H. Hazel
Steven H. Hazel

**CERTIFICATE OF SERVICE**

I certify that on October 10, 2025, I filed and served the foregoing motion with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system.  I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*/s/ Steven H. Hazel*
Steven H. Hazel