# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 14, 2025

Lyle W. Cayce
Clerk

No. 24-10790

Associated General Contractors of America;
Associated General Contractors of Texas; Lubbock
Chamber of Commerce; J. Lee Milligan, Incorporated,

*Plaintiffs—Appellees*,

*versus*

United States Department of Labor; Lori Chavez-
DeRemer, *in her official capacity as United States Secretary of Labor*,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:23-CV-272

ORDER:

IT IS FURTHER ORDERED that the Appellants' unopposed motion to extend the stay of proceedings in this Court for an additional 60 days to allow for review of the ongoing litigation is GRANTED.

/s/ *Catharina Haynes*
Catharina Haynes
*United States Circuit Judge*