IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

ASSOCIATED GENERAL CONTRACTORS OF
AMERICA; ASSOCIATED GENERAL CONTRACTORS
OF TEXAS; LUBBOCK CHAMBER OF COMMERCE; J.
LEE MILLIGAN, INCORPORATED,

      Plaintiffs-Appellees,

v.

UNITED STATES DEPARTMENT OF LABOR; KEITH E.
SONDERLING, Acting Secretary of Labor,

      Defendants-Appellants.

No. 24-10790

---

**UNOPPOSED MOTION TO VOLUNTARILY DISMISS THIS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), the government respectfully moves to voluntarily dismiss this appeal, with each party to bear its own fees and costs.  Because the district court has entered final judgment in the underlying case, *see* Dkt. No. 108, this preliminary-injunction appeal is moot, *see Carr v. Davis*, 865 F.3d 210, 210 (5th Cir. 2017).  Counsel for plaintiffs-appellees have authorized us to represent that they consent to this motion.

Respectfully submitted,

*/s/ Steven H. Hazel*
STEVEN H. HAZEL
(202) 514-2498
Attorney
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 7217
Washington, D.C. 20530
Steven.H.Hazel@usdoj.gov
*Counsel for Appellants*

*June 25, 2026*

**TYPE-VOLUME CERTIFICATE**

I hereby certify that this motion complies with the type-volume requirements because it was prepared in Times New Roman, a proportionally-spaced font, and contains 80 words according to the count of Microsoft Word.

*/s/ Steven H. Hazel*
Steven H. Hazel

## CERTIFICATE OF SERVICE

I certify that on June 25, 2026, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system.  I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

*/s/ Steven H. Hazel*
Steven H. Hazel